

| ROBBIE ROBERTS | | **Statement Date**: 01/08/2026 |
|---|---|---|
| **Account number**: | | |

| Initial Balance as of 12/27/2024: | Remaining Balance as of 01/08/2026: | Past Due Amount as of 01/08/2026: |
|---|---|---|
| $ 10,247.25 | $ 10,542.58 | $ 1,834.74 |

## Transaction History

| Date | Reference | Description | Sub Type | Amount | Balance | Past Due* |
|---|---|---|---|---|---|---|
| 10/07/2025 | 44732236ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,542.58 | 917.37 |
| 10/07/2025 | | INTEREST CHARGE | | 717.95 | | |
| 07/03/2025 | 40804642ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,130.42 | 305.79 |
| 07/03/2025 | | INTEREST CHARGE | | 216.88 | | |
| 06/04/2025 | 39532078ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,219.33 | 305.79 |
| 06/04/2025 | | INTEREST CHARGE | | 411.32 | | |
| 04/10/2025 | 37230282ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,113.80 | 0.00 |
| 04/10/2025 | | INTEREST CHARGE | | 299.33 | | |
| 03/01/2025 | 35627007ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,120.26 | 0.00 |
| 03/01/2025 | | INTEREST CHARGE | | 196.66 | | |
| 02/03/2025 | 34460893ACI | DIRECT PAYMENT | ACI WEB DEBIT CARD | -305.79 | 10,229.39 | 0.00 |
| 02/03/2025 | | INTEREST CHARGE | | 287.93 | | |

**\*Past due balances shown in transaction history are the past due balances as of the date each transaction posted to the account.**

**If your account is involved in a Chapter 13 bankruptcy, this Transaction History may not be the same as that under your Chapter 13 plan, which is administered by your Chapter 13 trustee. You should contact your trustee for your plan balance and any payments made under the plan.**

Exhibit C