# J.D. POWER

1/9/2026

## J.D. POWER Used Cars/Trucks

**Credit Acceptance Corporation**

25505 West Twelve Mile Road
Southfield, MI 48034
248-353-2700 ext: 6409
ppindera@creditacceptance.com

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2017 GMC Terrain Utility 4D SLE2 2.4L I4 |
| Region: | Southeastern |
| Period: | January 9, 2026 |
| VIN: | 2GKALNEK4H6324093 |
| Mileage: | 117,500 |
| Base MSRP: | $28,800 |
| Typically Equipped MSRP: | $30,375 |
| Weight: | 3,827 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $4,900 | N/A | N/A | $4,900 |
| Average Trade-In | $5,900 | N/A | N/A | $5,900 |
| Clean Trade-In | $6,725 | N/A | N/A | $6,725 |
| Clean Loan | $6,075 | N/A | N/A | $6,075 |
| Clean Retail | $10,025 | N/A | N/A | $10,025 |
| **Weekly Auction** | | | | |
| Low | $3,825 | N/A | N/A | $3,825 |
| Average | $5,900 | N/A | N/A | $5,900 |
| High | $8,000 | N/A | N/A | $8,000 |

*The auction values displayed include typical equipment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.

Exhibit D