**United States Bankruptcy Court**
**Northern District of Mississippi**

In re: Robbie Earl Roberts and Tammy Renee Roberts

Debtor(s)

Case No.: 25-10189-SDM

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Credit Acceptance Corp._____, a
[Name of Corporate Party]

**[Check One]**

✔ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**

☐ Corporate Debtor **FRPB 1007(a)(1)**

☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**

☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

✔ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Prescott General Partners, LLC
> 220 Butts Road, Suite 320, Boca Raton, FL  33431

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 1-13-26

/s/ Christopher D. Meyer
Attorney Signature

Christopher D. Meyer          103467
Attorney Name                 State Bar Number

190 E. Capitol Street, M-100
Address

Jackson, MS  39201
City, State, and Zip Code

601-355-3434                  cmeyer@burr.com
Telephone Number              Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**