## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Robbie Earl Roberts                                    Case No. 25-10189-SDM
        Tammy Renee Roberts, Debtors                               CHAPTER 13

## RESPONSE

    COME NOW, Debtors, by and through counsel, and respond to to Creditor, Credit Acceptance Corp's Motion for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 (dk # 18) as follows:

1. Debtors commenced this case on 01/22/2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors can bring payments current.

    WHEREFORE, Debtors pray for an Order denying the Motion and for such additional or alternative relief as may be just and proper.

                                                    Respectfully submitted,

                    By:   /s/ Thomas C. Rollins, Jr.
                            Thomas C. Rollins, Jr. (MSBN 103469)
                            Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

     I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on January 28, 2026, to:

By USPS First Class Mail:

    Credit Acceptance Corporation
    25505 W 12 Mile Rd
    Southfield MI 48034

By Electronic CM/ECF Notice:

    Locke D. Barkley

    Christopher D. Meyer, Esq., Attorney for Creditor

    U.S. Trustee

                                                 /s/ Thomas C. Rollins, Jr.
                                                 Thomas C. Rollins, Jr.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:<br><br>Robbie Earl Roberts<br>Tammy Renee Roberts | CASE NO: 25-10189<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13 |

On 1/28/2026, I did cause a copy of the following documents, described below,

Response

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 1/28/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

| IN RE: | CASE NO: 25-10189 |
|---|---|
| Robbie Earl Roberts | **CERTIFICATE OF SERVICE** |
| Tammy Renee Roberts | **DECLARATION OF MAILING** |
|  | Chapter: 13 |

On 1/28/2026, a copy of the following documents, described below,

Response

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/28/2026

_____

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD
SOUTHFIELD  MI 48034