**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Robbie Earl Roberts**                                    **Case No. 25-10189-SDM**
**Tammy Renee Roberts, Debtors**                          **CHAPTER 13**

## <u>NOTICE</u>

Debtors have filed papers with the court to Modify their Chapter 13 Bankruptcy Plan. **<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**
If you do not want the court to amend the Plan, or if you want the court to consider your views on the Motion, then on or before 30 days, you or your attorney must:
File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
US Bankruptcy Courthouse
703 Hwy 145 North
Aberdeen, MS 39730

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date state above.
You must also mail a copy to the debtors' attorney:

The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion to Modify Plan.

Date: March 17, 2026             Signature:   /s/ Thomas C. Rollins, Jr.
                                                        Thomas C. Rollins, Jr. (MSBN 103469)
                                                        Jennifer Ann Curry Calvillo (MSBN 104367)
                                                        The Rollins Law Firm, PLLC
                                                        P.O. Box 13767
                                                        Jackson, MS 39236

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:   **Robbie Earl Roberts**                                   **Case No. 25-10189-SDM**
**Tammy Renee Roberts, Debtors**                          **CHAPTER 13**


**<u>MOTION TO MODIFY BANKRUPTCY PLAN</u>**

COME NOW, Debtors, by and through counsel, and move this Court to modify their

Chapter 13 plan, and in support thereof, would show the Court as follows:

1. Debtors commenced this case on January 22, 2025 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtors are currently paying the debt to Credit Acceptance for a 2017 GMC Terrain outside the plan pursuant to the Confirmed Plan (Dk #14).

3. Debtors wish to modify the Confirmed Plan to provide for payment of the secured debt owed to Credit Acceptance through the Chapter 13 plan.

4. Debtors wish to modify the Confirmed Plan to extend the term of the bankruptcy to sixty (60) months.

5. The Confirmed Plan provisions regarding the distribution to unsecured creditors should remain unchanged.

6. The Chapter 13 Trustee should retain discretion to issue a wage order or other otherwise increase the payment amount of the modified payment if the Trustee determines such increase is necessary to pay the priority and secured claims as ordered in the confirmed plan.

7. Debtors wish for the Trustee to cure any deficiency including ongoing mortgage payments paid through the plan, if one exists, and adjust the wage order as needed.

WHEREFORE, Debtors pray that their Bankruptcy Plan be modified to reflect the above-

mentioned changes and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

<u>CERTIFICATE OF SERVICE</u>

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Notice and Motion to Modify Plan was forwarded on March 17, 2026, to:


By USPS First Class Mail, Postage Prepaid:

    Credit Acceptance Corporation
    c/o Corporation Service Company
    109 Executive Drive, Suite 3
    Madison, MS 39110

By Electronic CM/ECF Notice:

    Locke Barkley

    U.S. Trustee


                    /s/ Thomas C. Rollins, Jr.
                    Thomas C. Rollins, Jr.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Robbie Earl Roberts
Tammy Renee Roberts

CASE NO: 25-10189-SDM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 3/17/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Modify

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/17/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469
Attorney at Law
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

Robbie Earl Roberts
Tammy Renee Roberts

CASE NO: 25-10189-SDM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 3/17/2026, a copy of the following documents, described below,

Notice and Motion to Modify

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/17/2026

*Victoria Blake*

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

CREDIT ACCEPTANCE CORPORATION
C/O CORPORATION SERVICE CO
109 EXECUTIVE DR, STE 3
MADISON MS 39110