**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

| | |
|---|---|
| In re: | ) |
| | ) |
| Robbie Earl Roberts and | )   CASE NO: 25-10189-SDM |
| Tammy Renee Roberts, | ) |
| | ) |
| Debtor(s). | )   Chapter 13 |

**CREDIT ACCEPTANCE CORP.'S REPSONSE TO**
**DEBTOR'S MOTION TO MODIFY BANKRUPTCY PALN**
**(2017 GMC Terrain)**

Credit Acceptance Corp. ("CAC"), a secured creditor herein, files its response to Debtor's

Motion to Modify Bankruptcy Plan [D.E. 25], and as grounds therefore shows as follows:

1.      On January 22, 2025, Robbie Earl Roberts and Tammy Renee Roberts (the

"Debtors") filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code (the

"Petition Date").

2.      CAC is a secured creditor of the Debtor Robbie Earl Roberts as evidenced by that

certain Retail Installment Sale Contract dated December 27, 2024 (the "Note").  The Note was

secured by that 2017 GMC Terrain bearing Vehicle Identification Number

2GKALNEK4H6324093 (the "Collateral").  *See* D.E. 18-1.

3.      CAC has a perfected security interest in the Collateral, as noted on the face of the

Certificate of Title for the Collateral (the "Certificate of Title").  *See* D.E. 18-2.

4.      Debtors' Chapter 13 Plan was confirmed on April 24, 2025 [D.E. 14].  Per the

Confirmed Plan [D.E. 2], CAC was "to be paid direct on the 2017 GMC Terrain as a long –term

debt..." *See* D.E. 2, Part 8.1.

5.      Because Debtors became delinquent in their payment obligations under the Note

and Confirmed Plan, CAC moved to lift the automatic stay.  *See* D.E. 18.

6.      Debtors have now filed their Motion to Modify Confirmed Plan, seeking to provide for payment for the Collateral through the Chapter 13 plan.

7.      CAC has no objection to said relief, and states that the Note is past due in the amount of $2,446.32, with the payoff being $11,791.51

Dated this 27th day of March, 2026.

Respectfully submitted,

/s/ Christopher D. Meyer
Christopher D. Meyer, Esq.
*Attorney for Credit Acceptance Corp.*

**OF COUNSEL:**
BURR & FORMAN LLP
The Pinnacle at Jackson Place
190 E. Capitol Street, Suite M-100
Jackson, MS 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cmeyer@burr.com

66635125 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been served on this 27th day of March, 2026either by electronic transmission or by United States first class mail postage prepaid to the following:

DEBTORS:

Robbie Earl Roberts
513 Beaverdam Rd
Indianola, MS 38751

Tammy Renee Roberts
513 Beaverdam Rd
Indianola, MS 38751

DEBTORS' ATTORNEY:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

TRUSTEE:

Locke D. Barkley
6360 I-55 North
Suite 140
Jackson, MS 39211

U.S. TRUSTEE

United States Trustee
501 East Court Street
Suite 6-430
Jackson, MS 39201

*/s/ Christopher D. Meyer*
OF COUNSEL

66635125 v1