---

**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:   **Robbie Earl Roberts** | **Case No. 25-10189-SDM** |
| **Tammy Renee Roberts, Debtors** | **CHAPTER 13** |

### AGREED ORDER GRANTING MOTION TO MODIFY PLAN AND DENYING MOTION FOR RELIEF FROM STAY

THIS MATTER came before the Court on the Motion to Modify Chapter 13 Plan filed by the Debtors [Dk #25], the Motion for Relief from the Automatic Stay filed by Credit Acceptance Corp. [Dk #18], the Debtors' Response to Motion for Relief from Stay [Dk #22], and Credit Acceptance Corp.'s Response to Debtors' Motion to Modify Plan [Dk #26]. The Court, being advised that the parties have reached an agreement resolving these matters, and the same being approved by Thomas C. Rollins, Jr., counsel for the Debtors, Christopher D. Meyer, counsel for Credit Acceptance Corp., and Locke D. Barkley, Chapter 13 Trustee, finds that the relief requested in the Motion to Modify Plan should be granted and that the Motion for Relief from Stay should be denied.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:

1. The Debtors' Motion to Modify Chapter 13 Plan [Dk #25] is hereby GRANTED.

2. The Confirmed Chapter 13 Plan is modified to provide for the secured claim of Credit Acceptance Corp. to be paid through the Chapter 13 Plan rather than directly by the Debtors.

3. The allowed secured claim of Credit Acceptance Corp. shall be paid in the amount of $11,791.51, together with interest at the rate of 10% per annum, amortized over the remaining term of the Chapter 13 Plan.

4. The Chapter 13 Trustee is directed to calculate and disburse payments to Credit Acceptance Corp. consistent with the foregoing terms and to adjust the Debtors' plan payment, including issuance of a wage order if necessary, to ensure that the allowed secured claim is paid in full within the plan term.

5. The term of the Chapter 13 Plan is extended to sixty (60) months. All other provisions of the Confirmed Plan, including distributions to unsecured creditors, shall remain unchanged.

6. The Chapter 13 Trustee is authorized to cure any deficiency, including ongoing mortgage payments paid through the Plan, if any exists, and to adjust payments accordingly.

7. Credit Acceptance Corp.'s Motion for Relief from the Automatic Stay [Dk #18] is hereby DENIED.

8. All parties reserve any and all rights not expressly modified herein.

##END OF ORDER##

PREPARED BY:                                              AGREED BY:
/s/ Thomas C. Rollins, Jr.                               /s/ Christopher D. Meyer____
Thomas C. Rollins, Jr. (MS Bar No. 103469)              Christopher D. Meyer
Jennifer Ann Curry Calvillo (MS Bar No. 104367)        Counsel for Credit Acceptance Corp.
The Rollins Law Firm
P.O. Box 13767                                          /s/ Locke D. Barkley_____
Jackson, MS 39236                                       Locke D. Barkley
601-500-5533                                            Chapter 13 Trustee
ATTORNEY FOR DEBTOR