---

**SO ORDERED,**



*[signature]*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**

---

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Robbie Earl Roberts                          Case No. 25-10189-SDM
          Tammy Renee Roberts, Debtors                          CHAPTER 13

## AGREED ORDER GRANTING MOTION TO MODIFY PLAN AND DENYING MOTION FOR RELIEF FROM STAY

THIS MATTER came before the Court on the Motion to Modify Chapter 13 Plan filed by the Debtors [Dk #25], the Motion for Relief from the Automatic Stay filed by Credit Acceptance Corp. [Dk #18], the Debtors' Response to Motion for Relief from Stay [Dk #22], and Credit Acceptance Corp.'s Response to Debtors' Motion to Modify Plan [Dk #26]. The Court, being advised that the parties have reached an agreement resolving these matters, and the same being approved by Thomas C. Rollins, Jr., counsel for the Debtors, Christopher D. Meyer, counsel for Credit Acceptance Corp., and Locke D. Barkley, Chapter 13 Trustee, finds that the relief requested in the Motion to Modify Plan should be granted and that the Motion for Relief from Stay should be denied.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED as follows:

1. The Debtors' Motion to Modify Chapter 13 Plan [Dk #25] is hereby GRANTED.

2. The Confirmed Chapter 13 Plan is modified to provide for the secured claim of Credit Acceptance Corp. to be paid through the Chapter 13 Plan rather than directly by the Debtors.

3. The allowed secured claim of Credit Acceptance Corp. shall be paid in the amount of $11,791.51, together with interest at the rate of 10% per annum, amortized over the remaining term of the Chapter 13 Plan.

4. The Chapter 13 Trustee is directed to calculate and disburse payments to Credit Acceptance Corp. consistent with the foregoing terms and to adjust the Debtors' plan payment, including issuance of a wage order if necessary, to ensure that the allowed secured claim is paid in full within the plan term.

5. The term of the Chapter 13 Plan is extended to sixty (60) months. All other provisions of the Confirmed Plan, including distributions to unsecured creditors, shall remain unchanged.

6. The Chapter 13 Trustee is authorized to cure any deficiency, including ongoing mortgage payments paid through the Plan, if any exists, and to adjust payments accordingly.

7. Credit Acceptance Corp.'s Motion for Relief from the Automatic Stay [Dk #18] is hereby DENIED.

8. All parties reserve any and all rights not expressly modified herein.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR

AGREED BY:
/s/ Christopher D. Meyer____
Christopher D. Meyer
Counsel for Credit Acceptance Corp.

/s/ Locke D. Barkley_____
Locke D. Barkley
Chapter 13 Trustee

United States Bankruptcy Court

Northern District of Mississippi

In re:                                                                                    Case No. 25-10189-SDM

Robbie Earl Roberts                                                                       Chapter 13

Tammy Renee Roberts

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1                      User: autodocke                     Page 1 of 2

Date Rcvd: Apr 06, 2026              Form ID: pdf0003                   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**            **Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2026:**

**Recip ID**            **Recipient Name and Address**
db/jdb            + Robbie Earl Roberts, Tammy Renee Roberts, 513 Beaverdam Rd, Indianola, MS 38751-9658

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2026                     Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Christopher D. Meyer

           on behalf of Creditor Credit Acceptance Corp. cmeyer@burr.com
           sberry@burr.com;cmccann@burr.com;kpitts@burr.com;NDBKFL@burr.com

Locke D. Barkley

           Ecf_lbarkley13@barkley13.com  trusteeMSNB73@ecf.epiqsystems.com

Thomas C. Rollins, Jr.

           on behalf of Joint Debtor Tammy Renee Roberts trollins@therollinsfirm.com
           jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Thomas C. Rollins, Jr.

           on behalf of Debtor Robbie Earl Roberts trollins@therollinsfirm.com
           jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

District/off: 0537-1                              User: autodocke                                    Page 2 of 2
Date Rcvd: Apr 06, 2026                           Form ID: pdf0003                                   Total Noticed: 1

U. S. Trustee

            USTPRegion05.AB.ECF@usdoj.gov

TOTAL: 5