## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBBIE EARL ROBERTS
TAMMY RENEE ROBERTS

CASE NO: 25-10189-SDM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13

On 8/7/2026, I did cause a copy of the following documents, described below,

Hearing Notice and Motion to Suspend

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/7/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.  103469

The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

IN RE:

ROBBIE EARL ROBERTS
TAMMY RENEE ROBERTS

CASE NO: 25-10189-SDM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/7/2026, a copy of the following documents, described below,

Hearing Notice and Motion to Suspend

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/7/2026

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 W. Pine Street
Hattiesburg, MS  39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
05371
CASE 25-10189-SDM
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN
FRI AUG 7 09-51-29 CDT 2026

(P)1ST FRANKLIN FINANCIAL CORPORATION
PO BOX 880
TOCCOA GA 30577-0880

1ST FRANKLIN FINANCIAL CORPORATION
ATTN ADMIN SERVICES
PO BOX 880
TOCCOA GA 30577-0880

EXCLUDE

ACS EMERGENCY SERVICES OF MISSISSIPPI PA
PO BOX 1123
MINNEAPOLIS MN 55440-1123

AARONS
701 A N DAVIS AVE
CLEVELAND MS 38732-2101

LOCKE D BARKLEY
6360 I55 NORTH
SUITE 140
JACKSON MS 39211-2038

BOLIVAR MEDICAL CENTER
RESURGENT CAPITAL SERVICES
PO BOX 1927
GREENVILLE SC 29602-1927

BRANDON S LEFKOWITZ
29777 TELEGRAPH ROAD SUITE 2440
SOUTHFIELD MI 48034-7667

CC FINANCE
PO BOX 252
CALHOUN CITY MS 38916-0252

(P)CREDIT ACCEPTANCE CORPORATION
25505 WEST 12 MILE ROAD
SOUTHFIELD MI 48034-8316

CREDIT ACCEPTANCE CORPORATION
25505 W 12 MILE RD STE 3000
SOUTHFIELD MI 48034-8331

CASHNET USA
175 W JACKSON
STE 1000
CHICAGO IL 60604-2863

COMMUNITY CHOICE
612 N SUNFLOWER AVE
INDIANOLA MS 38751-2333

COMMUNITY CHOICE FINANCIAL
15 BULL STREET SUITE 200
15 BULL STREET SUITE 200
SAVANNAH GA 31401-2686

CREDENCE RESOURCE
ATTN BANKRUPTCY
PO BOX 2300
SOUTHGATE MI 48195-4300

CREDIT ACCEPTANCE
PO BOX 5070
SOUTHFIELD MI 48086-5070

CREDIT ACCEPTANCE CORP
25505 TWELVE MILE ROAD
PO BOX 513
SOUTHFIELD MI 48037-0513

EXETER FINANCE LLC
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

(P)EXETER FINANCE LLC
NANNETTE ALAMILLA
2101 W JOHN CARPENTER FWY
IRVING TX 75063-3228

EXETER FINANCE LLC CO AIS PORTFOLIO SERVIC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

FINWISE BANK
CO OPPORTUNITY FINANCIAL LLC
PO BOX 5040
FREDERICKSBURG VA 22403-0640

FIRST PREMIER BANK
3820 N LOUISE AVE
SIOUX FALLS SD 57107-0145

FIRST TOWER LOAN LLC
PO BOX 320001
FLOWOOD MS 39232-0001

GREENVILLE CLINIC
1502 S COLORADO ST
GREENVILLE MS 38703-7219

GUARANTY BANK  TRUST
PO BOX 657
BELZONI MS 39038-0657

GUARANTY BANK  TRUST COMPANY
210 HAYDEN STREET
BELZONI 39038-3636

(P)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

JONATHAN W DAVIS
117 MAIN STREET
INDIANOLA MS 38751-2849

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)QCHI
PO BOX 14948
LENEXA KS 66285-4948

LVNV FUNDING
ATTN BANKRUPTCY
PO BOX 10497
GREENVILLE SC 29603-0497

MED DATA SYSTEMS
755 WEST NASA BOULEVARD
MELBOURNE FL 32901-1815

MED DATA SYSTEMS
ATTN BANKRUPTCY
2001 9TH AVE STE 312
VERO BEACH FL 32960-6413

MERRICK BANK
ATTN BANKRUPTCY
PO BOX 5000
DRAPER UT 84020-5000

CHRISTOPHER D MEYER
BURR  FORMAN LLP
190 E CAPITOL STREET
SUITE M-100
JACKSON MS 39201-2149

MONEY MAN
1001 HWY 82 E
INDIANOLA MS 38751-2327

OPPLOANS
ATTN BANKRUPTCY
130 E RANDOLPH ST
STE 3400
CHICAGO IL 60601-6379

PAUL MCDANIEL
2040 NUNN LN
ETHEL MS 39067-5892

PREMIER BANKCARD LLC
JEFFERSON CAPITAL SYSTEMS LLC ASSIGNEE
PO BOX 7999
SAINT CLOUD MN 56302-7999

DEBTOR

QUANTUM3 GROUP LLC AS AGENT FOR
CASCADE CAPITAL FUNDING LLC
PO BOX 788
KIRKLAND WA 98083-0788

ROBBIE EARL ROBERTS
513 BEAVERDAM RD
INDIANOLA MS 38751-9658

TAMMY RENEE ROBERTS
513 BEAVERDAM RD
INDIANOLA MS 38751-9658

EXCLUDE

THOMAS C ROLLINS JR
THE ROLLINS LAW FIRM PLLC
PO BOX 13767
JACKSON MS 39236-3767

SCOLOPAX LLC
CO WEINSTEIN  RILEY PS
749 GATEWAY SUITE G-601
ABILENE TX 79602-1196

SPEEDYRAPID CASH
15 BULL STREET SUITE 200
SAVANNAH GA 31401-2686

SUNFLOWER LUMBER
204 HWY 82 W
INDIANOLA MS 38751-2133

(P)MONEYSPOT USA LLC
631 LUCERNE AVE
SUITE 56
LAKE WORTH BEACH FL 33460-3820

(P)TOWER LOAN
P O BOX 320001
FLOWOOD MS 39232-0001

EXCLUDE

TRUEACCORD
16011 COLLEGE BLVD
LENEXA KS 66219-1366

U S TRUSTEE
501 EAST COURT STREET SUITE 6430
JACKSON MS 39201-5022

WORLD FINANCE
PO BOX 6429
GREENVILLE SC 29606-6429

WORLD FINANCE CO CO WORLD ACCEPTANCE CORP
ATTN BANKRUPTCY PROCESSING CENTER
PO BOX 6429
GREENVILLE SC 29606-6429

CM/ECF bvhrg11
(12/14/23)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

|  |  |  |
|---|---|---|
| In Re: Robbie Earl Roberts and Tammy Renee Roberts Debtor(s) | ) ) ) ) ) | Case No.: 25−10189−SDM Chapter: 13 Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at

Go to Zoom.us/join, Enter Meeting ID 160 853 64415, and Passcode 3699380, OR call (646) 828−7666

on 9/9/26 at 10:00 AM

Responses Due: 9/2/26

to consider and act upon the following:

*30* – Motion To Suspend Plan Payments Filed by Thomas C. Rollins Jr. on behalf of Robbie Earl Roberts, Tammy Renee Roberts. (Rollins, Thomas)

**This hearing will be conducted by VIDEO.** For procedures regarding video hearings, please see the Standing Order Regarding Video Hearings Before Judge Selene D. Maddox available on the Standing Orders page of the Court's website at www.msnb.uscourts.gov.

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

A copy of the motion is required to be served pursuant to Rules 9013 and 9014. THE MOVING PARTY'S ATTORNEY IS REQUIRED BY THE STANDING ORDER TO PERFORM NOTICING AS TO SAID MOTION, THE NOTICE OF HEARING, AND THE OBJECTION DEADLINE, ACCORDING TO THE TERMS OF SAID STANDING ORDER. Please see the Standing Order available at: http://www.msnb.uscourts.gov/sites/msnb/files/so_notic_revised.pdf

Dated: 8/7/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CEO
Deputy Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:    **Robbie Earl Roberts**                                    **Case No. 25-10189-SDM**
          **Tammy Renee Roberts, Debtors**                           **CHAPTER 13**

### MOTION TO SUSPEND PLAN PAYMENTS

COME NOW, Debtors, by and through counsel, and move this Court to suspend their Chapter 13 plan payments, and in support thereof, would show the Court as follows:

1. Debtors filed a voluntary petition for relief under Chapter 13 of the Bankruptcy Code.

2. Co-Debtor, Robbie Earl Roberts, had surgery August 4, 2026, and is expected to be unable to work for approximately 2½ to 3 months during the recovery period.

3. Debtors are requesting this Honorable Court to suspend any past due plan payments and two (2) months of plan payments, including any ongoing mortgage payments being paid through the plan, during the months of September and October 2026.

4. Debtors wish to resume making plan payments beginning in November 2026.

5. Debtors request that the Trustee refund any funds received during the suspension period.

6. Debtors are requesting that their Chapter 13 plan payments be increased as necessary to compensate for the lost plan payments.

WHEREFORE, Debtors pray for an Order granting the above requested relief and any additional relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Motion to Suspend Plan Payments was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case. The date of said notice is reflected on the Docket.

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.